Case 4:23-cv-00215   Document 17   Filed on 10/10/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STACY DOBBS** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-00215 |
| § | |
| **INV PERFORMANCE SURFACES, LLC** § | |
| **D/B/A INVISTA S A R L** § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Joint Stipulation of Dismissal with Prejudice came on for consideration before the Court, and;

It appearing to the Court that all matters in controversy between the Plaintiff Stacy Dobbs and Defendant INV Performance Surfaces, LLC, f/k/a INVISTA S.à r.l. have concluded, and no further dispute exists between them and that all claims and causes of action asserted by Plaintiff Stacy Dobbs against Defendant INV Performance Surfaces, LLC, f/k/a INVISTA S.à r.l. in said civil action should be dismissed with prejudice;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that all claims and causes of action asserted by Plaintiff Stacy Dobbs' claims against Defendant INV Performance Surfaces, LLC, f/k/a INVISTA S.à r.l. be, and they are, dismissed with prejudice as to the re-filing of same.

SIGNED this  10th  day of      October      , 2023.

_Drew B Tipton_
UNITED STATES DISTRICT JUDGE